B1 (Official Form 1)(12/11)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kuntz, Jeffrey Mark** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Moll, Kara S** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Mark Kuntz; AKA J Mark Kuntz** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4774** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4152** |
| Street Address of Debtor (No. and Street, City, and State):<br>**21761 Cappel Lane**<br>**Frankfort, IL**<br><div align="right">ZIP Code</div>**60423** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**21761 Cappel Lane**<br>**Frankfort, IL**<br><div align="right">ZIP Code</div>**60423** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br><br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>□ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>□ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>■ Chapter 7<br>□ Chapter 9<br>□ Chapter 11<br>□ Chapter 12<br>□ Chapter 13   □ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>□ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>□ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   □ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>□ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>□ A plan is being filed with this petition.<br>□ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>□ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| □ | □ | □ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| □ | □ | □ | ■ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| □ | □ | □ | □ | ■ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kuntz, Jeffrey Mark** <br> **Moll, Kara S** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X  /s/ Barbara Craig**                    **February  1, 2012** <br> Signature of Attorney for Debtor(s)            (Date) <br> **Barbara Craig 6281224** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(12/11)**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kuntz, Jeffrey Mark**<br>**Moll, Kara S** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jeffrey Mark Kuntz**
Signature of Debtor  **Jeffrey Mark Kuntz**

X **/s/ Kara S Moll**
Signature of Joint Debtor **Kara S Moll**

Telephone Number (If not represented by attorney)

**February  1, 2012**
Date

### Signature of Attorney*

X **/s/ Barbara Craig**
Signature of Attorney for Debtor(s)

**Barbara Craig 6281224**
Printed Name of Attorney for Debtor(s)

**Law Office of Barbara J. Craig PC**
Firm Name

**16335 S. Harlem Ave Suite 400**
**Tinley Park, IL 60477**
Address

**Email: barbaracraig@usa.net**
**708-396-2878  Fax: 708-396-2374**
Telephone Number

**February  1, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Jeffrey Mark Kuntz**
**Kara S Moll**

Case No. _____

Debtor(s)   Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jeffrey Mark Kuntz**
                         **Jeffrey Mark Kuntz**

Date:   **February 1, 2012**

Certificate Number: 01356-ILN-CC-016976670



01356-ILN-CC-016976670

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 2, 2012</u>, at <u>1:58</u> o'clock <u>PM EST</u>, <u>Jeffrey Kuntz</u> received from <u>Hummingbird Credit Counseling and Education, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 2, 2012</u>          By:      <u>/s/Deyanira Reyes</u>

                                        Name:  <u>Deyanira Reyes</u>

                                        Title:   <u>Certified Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jeffrey Mark Kuntz**
**Kara S Moll**
_____      Case No. _____
Debtor(s)      Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Kara S Moll**
                               **Kara S Moll**

Date:   **February 1, 2012**

Certificate Number: 01356-ILN-CC-016976671



01356-ILN-CC-016976671

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 2, 2012</u>, at <u>1:58</u> o'clock <u>PM EST</u>, <u>Kara  Moll</u> received from <u>Hummingbird Credit Counseling and Education, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>January 2, 2012</u>          By:    <u>/s/Deyanira Reyes</u>

Name:  <u>Deyanira Reyes</u>

Title:  <u>Certified Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jeffrey Mark Kuntz,**
         **Kara S Moll**

                             Debtors

Case No. _____

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 265,000.00 | | |
| B - Personal Property | Yes | 4 | 1,338,750.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 2,048,322.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 74,049.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 1,373,163.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,766.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,729.00 |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 1,603,750.00 | | |
| Total Liabilities | | | | 3,495,534.28 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jeffrey Mark Kuntz,**
**Kara S Moll**

Case No. _____

_____ ,

Debtors          Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 74,049.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 32,356.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 106,405.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 7,766.67 |
| Average Expenses (from Schedule J, Line 18) | 9,729.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,303.17 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 478,585.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 74,049.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,373,163.28 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,851,748.28 |

B6A (Official Form 6A) (12/07)

In re   **Jeffrey Mark Kuntz,**
    **Kara S Moll**

Case No. _____

_____,
                   Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Townhouse located at 21761 Cappel Lane, Frankfort IL**<br>**3 Bedroom 2.5 bath**<br>**PIN 19-09-28-104-082-0000** | **Fee simple** | **J** | **260,000.00** | **311,490.00** |
| **Time Share in Sottsdale AZ**<br>**1 bedroom every week at Marriot Resort.** | **Fee simple** | **J** | **5,000.00** | **8,030.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **265,000.00** | (Total of this page) |
| Total > | **265,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Jeffrey Mark Kuntz,**
**Kara S Moll**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | J | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account** **Old Plank Trail Bank** **Acct # xxx992** | J | 1,500.00 |
| | | **Checking Account at Old Plank Trail for Markara LLC** | J | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Misc Household Goods** **Sofa, Table, TV, Beds, etc** | J | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing for a family of 3** | J | 1,000.00 |
| 7.  Furs and jewelry. | | **20 year old Fur Coat** | J | 500.00 |
| | | **Wedding Bands** | J | 300.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance Policy at Country Companies with death benefit paid to spouse.** | H | 12,000.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        16,950.00
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jeffrey Mark Kuntz,**                                                          Case No. _____
         **Kara S Moll**
                                                            _____,
                                                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA held with Fidelity** | W | 5,200.00 |
| | | **IRA held at Old Plank Trail Bank** | W | 1,200.00 |
| | | **IRA held at Old Plank Trail Bank** | H | 3,900.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Marakara LLC - Involuntarily Dissoved by IL SOS Single Family Investment Properties** . . . . | J | 1,265,000.00 |
| | | **1027 Samson, University Park IL 1066 Amherst, University Park IL 1120 Amherst, University Park IL 807 Union, University Park IL 610 Sandra, University Park IL 527 Nathan, University Park IL 522 Nathan, University Park IL 21737 Gailine, Sauk Village IL 22201 Shirley, Sauk Village IL 22231 Chappel, Sauk Village IL 22550 Jeffrey, Sauk Village IL 2843 224th St, Suak Village IL 3109 224th St, Suak Village IL 1812 219th St, Suak Village IL 3511 Fountainbleau, Hazel Crest IL 22452 Adams, Richton Park IL 3713 Linden, Richton Park IL 18435 Stewart, Homewood IL 137 Sauk Trail, Park Forest IL 9  E. Rocket, Park Forest IL** | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

                                                                      Sub-Total >        1,275,300.00
                                                                (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jeffrey Mark Kuntz,**
    **Kara S Moll**

Case No. _____

_____,
                Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Client List for Mortgage Broker and Realtor** | J | 1,500.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Jeep Patriot**<br>**VIN 1J8FF28W28D776821**<br>**25000 Miles**<br>**Normal Wear and Tear** | H | 11,000.00 |

Sub-Total >       **12,500.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jeffrey Mark Kuntz,**                                          Case No. _____
         **Kara S Moll**

                                                    ,
                              Debtors
## SCHEDULE B - PERSONAL PROPERTY
                           (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2010 Toyota Pruis**<br>**JTDKN3DU5A5187071**<br>**35000 Miles**<br>**Normal Wear and Tear** | **J** | **15,000.00** |
| | | **2010 Toyota Rav 4**<br>**JTMYK4DV6A5026469**<br>**30000 Miles**<br>**Normal Wear and Tear** | **J** | **17,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers and Printer for Debtor's Business** | **W** | **1,500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **34,000.00**
(Total of this page)
Total >        **1,338,750.00**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Jeffrey Mark Kuntz,**
**Kara S Moll**

Case No. _____

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Townhouse located at 21761 Cappel Lane, Frankfort IL**<br>**3 Bedroom 2.5 bath**<br>**PIN 19-09-28-104-082-0000** | **735 ILCS 5/12-901** | **30,000.00** | **260,000.00** |
| **Cash on Hand**<br>**Cash** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>**Checking Account**<br>**Old Plank Trail Bank**<br>**Acct # xxx992** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Checking Account at Old Plank Trail for Markara LLC** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Household Goods and Furnishings**<br>**Misc Household Goods**<br>**Sofa, Table, TV, Beds, etc** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel**<br>**Clothing for a family of 3** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry**<br>**20 year old Fur Coat** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Wedding Bands** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Interests in Insurance Policies**<br>**Life Insurance Policy at Country Companies with death benefit paid to spouse.** | **215 ILCS 5/238** | **12,000.00** | **12,000.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**IRA held with Fidelity** | **735 ILCS 5/12-704** | **5,200.00** | **5,200.00** |
| **IRA held at Old Plank Trail Bank** | **735 ILCS 5/12-704** | **1,200.00** | **1,200.00** |
| **IRA held at Old Plank Trail Bank** | **735 ILCS 5/12-704** | **3,900.00** | **3,900.00** |
| **Customer lists or other compilations containing personally identifiable info**<br>**Client List for Mortgage Broker and Realtor** | **735 ILCS 5/12-1001(d)** | **1,500.00** | **1,500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2008 Jeep Patriot**<br>**VIN 1J8FF28W28D776821**<br>**25000 Miles**<br>**Normal Wear and Tear** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **11,000.00** |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Jeffrey Mark Kuntz,**
       **Kara S Moll**
                                    **Debtors**

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Office Equipment, Furnishings and Supplies** | | | |
| **Computers and Printer for Debtor's Business** | **735 ILCS 5/12-1001(d)** | **1,500.00** | **1,500.00** |

| | Total: | 65,050.00 | 301,250.00 |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Jeffrey Mark Kuntz,**                                          Case No. _____
        **Kara S Moll**
                                                                    ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxx1211**  <br><br>**Chase**  <br>**PO Box 44118**  <br>**Jacksonville, FL 32231-4118** | | H | | | Opened  8/01/03  Last Active  2/28/11  <br><br>**First Mortgage**  <br><br>**Townhouse located at 21761 Cappel Lane, Frankfort IL**  <br>**3 Bedroom 2.5 bath**  <br>**PIN 19-09-28-104-082-0000** | | | | | |
| | | | | | Value $          **260,000.00** | | | | **237,576.00** | **0.00** |
| Account No. **xxxxxx6344**  <br><br>**Chrysler Financial/TD Auto Finance**  <br>**Attention: Bankruptcy**  <br>**Po Box 551080**  <br>**Jacksonville, FL 32255** | | H | | | Opened  7/01/08  Last Active 10/10/11  <br><br>**2008 Jeep Patriot**  <br>**VIN 1J8FF28W28D776821**  <br>**25000 Miles**  <br>**Normal Wear and Tear** | | | | | |
| | | | | | Value $            **11,000.00** | | | | **7,237.00** | **0.00** |
| Account No. **x3051**  <br><br>**First Community Bank and Trust**  <br>**1111 Dixie Hwy**  <br>**PO Box 457**  <br>**Beecher, IL 60401** | | | J | | **2010**  <br>**Second Mortgage**  <br>**Marakara LLC -**  <br>**Involuntarily Dissoved by IL SOS**  <br>**Single Family Investment Properties** | | | | | |
| | | | | | Value $        **1,265,000.00** | | | | **25,000.00** | **25,000.00** |
| Account No. **x2129**  <br><br>**First Community Bank and Trust**  <br>**1111 Dixie Hwy**  <br>**PO Box 457**  <br>**Beecher, IL 60401** | | | J | | **2010**  <br>**First Mortgage**  <br>**Marakara LLC -**  <br>**Involuntarily Dissoved by IL SOS**  <br>**Single Family Investment Properties** | | | | | |
| | | | | | Value $        **1,265,000.00** | | | | **122,000.00** | **122,000.00** |

__5__  continuation sheets attached

Subtotal  
(Total of this page)        **391,813.00**        **147,000.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Jeffrey Mark Kuntz,**
**Kara S Moll**
_____,
Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **x2471**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Hwy**<br>**PO Box 457**<br>**Beecher, IL 60401** | | | | J | **2010**<br>**First Mortgage**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>:<br>:<br>: | | | | | |
| | | | | | Value $           1,265,000.00 | | | | 83,000.00 | 83,000.00 |
| Account No. **x8764**<br><br>**First Community Bank and Trust**<br>**1111 Dixie Hwy**<br>**PO Box 457**<br>**Beecher, IL 60401** | | | | J | **2010**<br>**Mortgage**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>:<br>: | | | | | |
| | | | | | Value $           1,265,000.00 | | | | 120,000.00 | 120,000.00 |
| Account No. **x1359**<br><br>**Fst Com Bnk**<br>**1111 Dixie Hwy**<br>**Beecher, IL 60401** | | | | J | **2008-2011**<br>**Mortgage**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>:<br>: | | | | | |
| | | | | | Value $           1,265,000.00 | | | | 82,000.00 | 0.00 |
| Account No. **x1586**<br><br>**Fst Com Bnk**<br>**1111 Dixie Hwy**<br>**Beecher, IL 60401** | | | | J | **2008 - 2011**<br>**Mortgage**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>:<br>: | | | | | |
| | | | | | Value $           1,265,000.00 | | | | 68,200.00 | 0.00 |
| Account No. **x1767**<br><br>**Fst Com Bnk**<br>**1111 Dixie Hwy**<br>**Beecher, IL 60401** | | | | J | **2008 - 2001**<br>**Mortgage**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>:<br>: | | | | | |
| | | | | | Value $           1,265,000.00 | | | | 80,000.00 | 0.00 |

Sheet  __1__  of  __5__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 433,200.00 | 203,000.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re    **Jeffrey Mark Kuntz,**
     **Kara S Moll**                                                          Case No. _____

_____,
                           Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **x1841** | | | | | 2008 - 2011 Mortgage Marakara LLC - Involuntarily Dissoved by IL SOS Single Family Investment Properties : | | | | | |
| **Fst Com Bnk** **1111 Dixie Hwy** **Beecher, IL 60401** | | | J | | : | | | | | |
| | | | | | Value $              1,265,000.00 | | | | 83,800.00 | 0.00 |
| Account No. **x2127** | | | | | 2008 - 20011 Mortgage Marakara LLC - Involuntarily Dissoved by IL SOS Single Family Investment Properties : | | | | | |
| **Fst Com Bnk** **1111 Dixie Hwy** **Beecher, IL 60401** | | | J | | : | | | | | |
| | | | | | Value $              1,265,000.00 | | | | 83,800.00 | 0.00 |
| Account No. **x2128** | | | | | 2008 - 2011 Mortgage Marakara LLC - Involuntarily Dissoved by IL SOS Single Family Investment Properties : | | | | | |
| **Fst Com Bnk** **1111 Dixie Hwy** **Beecher, IL 60401** | | | J | | : | | | | | |
| | | | | | Value $              1,265,000.00 | | | | 64,300.00 | 0.00 |
| Account No. **x2144** | | | | | 2008 - 2011 Mortgage Marakara LLC - Involuntarily Dissoved by IL SOS Single Family Investment Properties : | | | | | |
| **Fst Com Bnk** **1111 Dixie Hwy** **Beecher, IL 60401** | | | J | | : | | | | | |
| | | | | | Value $              1,265,000.00 | | | | 81,300.00 | 0.00 |
| Account No. **x2301** | | | | | 2008 - 2011 Mortgage Marakara LLC - Involuntarily Dissoved by IL SOS Single Family Investment Properties : | | | | | |
| **Fst Com Bnk** **1111 Dixie Hwy** **Beecher, IL 60401** | | | J | | : | | | | | |
| | | | | | Value $              1,265,000.00 | | | | 80,500.00 | 0.00 |

Sheet __**2**__ of __**5**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 393,700.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Jeffrey Mark Kuntz,**
        **Kara S Moll**

Case No. _____

_____,
                                      Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **x2312**<br><br>**Fst Com Bnk**<br>**1111 Dixie Hwy**<br>**Beecher, IL 60401** | | | J | | **2008 - 2011**<br>**Mortgage**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>**:** | | | | | |
| | | | | | Value $        1,265,000.00 | | | | **80,500.00** | **0.00** |
| Account No. **x2421**<br><br>**Fst Com Bnk**<br>**1111 Dixie Hwy**<br>**Beecher, IL 60401** | | | J | | **2008 - 2011**<br>**Mortgage**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>**:** | | | | | |
| | | | | | Value $        1,265,000.00 | | | | **83,100.00** | **0.00** |
| Account No. **x2566**<br><br>**Fst Com Bnk**<br>**1111 Dixie Hwy**<br>**Beecher, IL 60401** | | | J | | **2008 - 2011**<br>**Mortgage**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>**:** | | | | | |
| | | | | | Value $        1,265,000.00 | | | | **83,300.00** | **0.00** |
| Account No. **x2568**<br><br>**Fst Com Bnk**<br>**1111 Dixie Hwy**<br>**Beecher, IL 60401** | | | J | | **2008 - 2011**<br>**Mortgage**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>**:** | | | | | |
| | | | | | Value $        1,265,000.00 | | | | **78,400.00** | **0.00** |
| Account No. **x2689**<br><br>**Fst Com Bnk**<br>**1111 Dixie Hwy**<br>**Beecher, IL 60401** | | | J | | **2008 - 2011**<br>**Mortgage**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>**:** | | | | | |
| | | | | | Value $        1,265,000.00 | | | | **44,200.00** | **0.00** |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| **369,500.00** | **0.00** |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Jeffrey Mark Kuntz,**
      **Kara S Moll**

Case No. _____

_____,
                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **x2690** | | | | | 2008 - 2011 Mortgage Marakara LLC - Involuntarily Dissoved by IL SOS Single Family Investment Properties : : | | | | | |
| **Fst Com Bnk** **1111 Dixie Hwy** **Beecher, IL 60401** | | | | J | | | | | | |
| | | | | | Value $              1,265,000.00 | | | | 86,400.00 | 0.00 |
| Account No. **x8765** | | | | | 2008 - 2011 Mortgage Marakara LLC - Involuntarily Dissoved by IL SOS Single Family Investment Properties : : | | | | | |
| **Fst Com Bnk** **1111 Dixie Hwy** **Beecher, IL 60401** | | | | J | | | | | | |
| | | | | | Value $              1,265,000.00 | | | | 97,400.00 | 0.00 |
| Account No. **x2471** | | | | | 2008 - 2011 Mortgage Marakara LLC - Involuntarily Dissoved by IL SOS Single Family Investment Properties : : | | | | | |
| **Fst Com Bnk** **1111 Dixie Hwy** **Beecher, IL 60401** | | | | J | | | | | | |
| | | | | | Value $              1,265,000.00 | | | | 83,300.00 | 0.00 |
| Account No. **x3045** | | | | | 2008 - 2011 Mortgage Marakara LLC - Involuntarily Dissoved by IL SOS Single Family Investment Properties : : | | | | | |
| **Fst Com Bnk** **1111 Dixie Hwy** **Beecher, IL 60401** | | | | J | | | | | | |
| | | | | | Value $              1,265,000.00 | | | | 78,000.00 | 73,500.00 |
| Account No. **xxxx1885** | | | | | Opened  1/01/05  Last Active 10/11/11  Time Share in Sottsdale AZ 1 bedroom every week at Marriot Resort. | | | | | |
| **Marriott Ownership** **1200 Bartow Rd. Suite 14** **Lakeland, FL 33801** | | | | J | | | | | | |
| | | | | | Value $                   5,000.00 | | | | 8,030.00 | 3,030.00 |

Sheet **4** of **5** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                Subtotal
      (Total of this page)

| | |
|---|---|
| 353,130.00 | 76,530.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Jeffrey Mark Kuntz,**
     **Kara S Moll**                                        Case No. _____

                                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxN311 | | | Opened 9/01/10 Last Active 10/20/11 | | | | | |
| Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | W | Automobile loan<br><br>2010 Toyota Pruis JTDKN3DU5A5187071 35000 Miles Normal Wear and Tear | | | | | |
| | | | Value $ 15,000.00 | | | | 15,048.00 | 48.00 |
| Account No. xxxxxxA047 | | | Opened 10/01/09 Last Active 10/01/11 | | | | | |
| Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | J | 2010 Toyota Rav 4 JTMYK4DV6A5026469 30000 Miles Normal Wear and Tear | | | | | |
| | | | Value $ 17,500.00 | | | | 18,017.00 | 517.00 |
| Account No. xxxxxx0998 | | | Opened 12/01/03 Last Active 4/27/11 | | | | | |
| Us Bank 425 Walnut St Cincinnati, OH 45202 | | H | Second Mortgage<br><br>Townhouse located at 21761 Cappel Lane, Frankfort IL 3 Bedroom 2.5 bath PIN 19-09-28-104-082-0000 | | | | | |
| | | | Value $ 260,000.00 | | | | 73,914.00 | 51,490.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  5  of  5  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                   Subtotal
(Total of this page)       **106,979.00**      **52,055.00**

                   Total
(Report on Summary of Schedules)   **2,048,322.00**    **478,585.00**

B6E (Official Form 6E) (4/10)

.

In re   **Jeffrey Mark Kuntz,**                                            Case No. _____
        **Kara S Moll**

_____,
                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

<u>    3    </u>  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Jeffrey Mark Kuntz,**
        **Kara S Moll**

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | | |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**PO Box 4488**<br>**Carol Stream, IL 60197** | | | J | | 2011<br><br>**Property Tax for 4 E. Rocket Circle, Park Forest** | | | | 2,442.00 | 0.00 | 2,442.00 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**PO Box 4488**<br>**Carol Stream, IL 60197** | | | J | | 2011<br><br>**Property Tax for 3109 224th St. Suak Village** | | | | 3,740.00 | 0.00 | 3,740.00 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**PO Box 4488**<br>**Carol Stream, IL 60197** | | | J | | 2011<br><br>**Property Tax for 2843 224th St. Suak Village** | | | | 3,700.00 | 0.00 | 3,700.00 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**PO Box 4488**<br>**Carol Stream, IL 60197** | | | J | | 2011<br><br>**Property Tax for 22201 Shirley, Sauk Village** | | | | 1,405.00 | 0.00 | 1,405.00 |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**PO Box 4488**<br>**Carol Stream, IL 60197** | | | J | | 2011<br><br>**Property Tax for 22231 Chappel Ave, Sauk Village** | | | | 3,288.00 | 0.00 | 3,288.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 14,575.00 | | 14,575.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Jeffrey Mark Kuntz,**
  **Kara S Moll**

Case No. _____

Debtors ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | AMOUNT ENTITLED TO PRIORITY |
| DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | | | | | |
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**Cook County Treasurer**<br>**PO Box 4488**<br>**Carol Stream, IL 60197** | J | | | | | | | | **0.00** |
| **2011**<br><br>**Property Tax for 22452 Adams Sr. Richton Park, IL** | | | | | | | | **2,435.00** | **2,435.00** |
| Account No. **xx-xx-xx-xxx-xxx-0000**<br><br>**Will County Treasurer**<br>**302 N. Chicago Street**<br>**Joliet, IL 60432** | J | | | | | | | | **0.00** |
| **2009 and 2010**<br><br>**Property taxes for 1120 Amherst, University Park, IL** | | | | | | | | **9,900.00** | **9,900.00** |
| Account No. **xx-xx-xx-xxx-xxx-0000**<br><br>**Will County Treasurer**<br>**302 N. Chicago Street**<br>**Joliet, IL 60432** | J | | | | | | | | **0.00** |
| **2009 and 2010**<br><br>**Property Tax for 1066 Amherst, Univeristy Park, IL** | | | | | | | | **9,800.00** | **9,800.00** |
| Account No. **xx-xx-xx-xxx-xxx-0000**<br><br>**Will County Treasurer**<br>**302 N. Chicago Street**<br>**Joliet, IL 60432** | J | | | | | | | | **0.00** |
| **2009 and 2010**<br><br>**Property taxes for 522 Nathan, University Park, IL** | | | | | | | | **10,500.00** | **10,500.00** |
| Account No. **xx-xx-xx-xxx-xxx-0000**<br><br>**Will County Treasurer**<br>**302 N. Chicago Street**<br>**Joliet, IL 60432** | J | | | | | | | | **0.00** |
| **2009 and 2010**<br><br>**Property taxes for 807 Union, University Park, IL** | | | | | | | | **10,300.00** | **10,300.00** |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **42,935.00** | **42,935.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Jeffrey Mark Kuntz,**                                    Case No. _____
         **Kara S Moll**
                                              ,
                                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx-xxx-xxx-0000**<br><br>**Will County Treasurer**<br>**302 N. Chicago Street**<br>**Joliet, IL 60432** | | J | **2010**<br><br>**Property taxes for 527 Nathan, University Park, IL** | | | | 4,539.00 | 0.00 | 4,539.00 |
| Account No. **xx-xx-xx-xxx-xxx-0000**<br><br>**Will County Treasurer**<br>**302 N. Chicago Street**<br>**Joliet, IL 60432** | | J | **2009 and 2010**<br><br>**Property taxes for 1027 Samson, University Park, IL** | | | | 12,000.00 | 0.00 | 12,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 16,539.00 | 0.00<br>16,539.00 |
| Total<br>(Report on Summary of Schedules) | 74,049.00 | 0.00<br>74,049.00 |

B6F (Official Form 6F) (12/07)

In re     **Jeffrey Mark Kuntz,**
          **Kara S Moll**                                                    Case No. _____

_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **xxxx0101** <br><br> **American Home Mtg Srv** <br> **Ahmsi / Attention: Bankruptcy** <br> **Po Box 631730** <br> **Irving, TX 75063** | | H | | | Opened 9/01/04  Last Active  5/28/10 **Mortgage for foreclosed property located at 27 E. Rocket, Park Forest IL** | | | | 100,212.00 |
| Account No. **xxxx0085** <br><br> **American Home Mtg Srv** <br> **Ahmsi / Attention: Bankruptcy** <br> **Po Box 631730** <br> **Irving, TX 75063** | | | J | | **Mortgage for foreclosed property located at 4th E. Rocket, Park Forest IL** | | | | 95,000.00 |
| Account No. **xxxxx4331** <br><br> **American Service Co** <br> **PO Box 10388** <br> **Des Moines, IA 50306** | | | J | | **Unknown** **First Mortgage for 228 Allegheny, Park Forest IL 60466** | | | | 40,000.00 |
| Account No. **xxxxxxxxxxx0638** <br><br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | | J | | Opened  2/01/05  Last Active 11/15/10 **Comsumer Credit Card** | | | | 27,623.00 |

___15___ continuation sheets attached

Subtotal
(Total of this page)                                                                              262,835.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    S/N:42675-111228    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey Mark Kuntz,**    Case No. _____
       **Kara S Moll**

                                                                             **Debtors**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3347**<br><br>**Bank of America**<br>**Attn: Bankruptcy Department**<br>**475 Cross Point Pkwy  PO Box 9000**<br>**Getzville, NY 14068-9000** | | J | **Mortgage for 15013 Seeley, Harvey IL 60426.** | | | | **88,928.00** |
| Account No. **xxxxx3785**<br><br>**Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | | H | Opened  7/01/07  Last Active 10/17/11<br>**Mortgage**<br>**16342 Marshfield Ave**<br>**Markham IL 60428** | | | | **97,094.00** |
| Account No. **xx-xx-xx2-060**<br><br>**Calumet Union Drainage District #1**<br>**625 E. 170th Street**<br>**Suite 1 SW**<br>**South Holland, IL 60473** | | J | **2011**<br>**Utility Services**<br>**15013 Seeley, Harvey** | | | | **4.15** |
| Account No. **xx-xx-xx6-034**<br><br>**Calumet Union Drainage District #1**<br>**625 E. 170th Street**<br>**Suite 1 SW**<br>**South Holland, IL 60473** | | J | **2011**<br>**Utility Services**<br>**16342 Marshfield Markham** | | | | **4.15** |
| Account No. **xx-xx-xx6-035**<br><br>**Calumet Union Drainage District #1**<br>**625 E. 170th Street**<br>**Suite 1 SW**<br>**South Holland, IL 60473** | | J | **2011**<br>**Utility Services 16342 Marshfield Markham** | | | | **4.15** |

Sheet no. __1___ of __15__ sheets attached to Schedule of         Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)       **186,034.45**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey Mark Kuntz,**
**Kara S Moll**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0559<br><br>**Capital Emergency Assoc**<br>**PO Box 96118**<br>**Oklahoma City, OK 73143-6118** | | J | **Dec 2009**<br>**Medical** | | | | 900.00 |
| Account No. xxxxxxxxxxx9362<br><br>**Chase**<br>**201 N. Walnut St//De1-1027**<br>**Wilmington, DE 19801** | | J | **Opened 12/01/04  Last Active 12/12/10**<br>**Comsumer Credit Card** | | | | 33,727.00 |
| Account No. xxxxxxxxxxx8577<br><br>**Chase**<br>**201 N. Walnut St//De1-1027**<br>**Wilmington, DE 19801** | | H | **Opened  3/01/05  Last Active  5/19/10**<br>**CreditCard** | | | | 31,616.00 |
| Account No. xxxxxxxxx8725<br><br>**Chase**<br>**9451 Corbin Avenue**<br>**Northridge, CA 91328** | | H | **Opened  5/01/05  Last Active  6/07/10**<br>**RealEstateMortgageWithoutOtherCollateral** | | | | 26,088.00 |
| Account No. xxxxxxxxxxx9745<br><br>**Chase**<br>**201 N. Walnut St//De1-1027**<br>**Wilmington, DE 19801** | | J | **Opened  5/01/93  Last Active  8/26/10**<br>**Comsumer Credit Card** | | | | 16,935.00 |

Sheet no. __2___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

109,266.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey Mark Kuntz,**
          **Kara S Moll**
                                                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx4412  <br><br>**Chase**<br>**201 N. Walnut St//De1-1027**<br>**Wilmington, DE 19801** | | J | Opened 8/01/10 Last Active 12/12/10<br>Comsumer Credit Card | | | | 13,737.00 |
| Account No. xxxxxx6236  <br><br>**Chrysler Credit**<br>**Po Box 9218**<br>**Farmington Hills, MI 48333** | | J | Opened 12/01/07 Last Active 8/31/09<br>Lease | | | | 8,483.00 |
| Account No. xxxxx4280  <br><br>**Chrysler Credit**<br>**Po Box 9218**<br>**Farmington Hills, MI 48333** | | J | Opened 8/01/06 Last Active 8/31/09<br>Lease | | | | 1,436.00 |
| Account No. xxxxxxxxxxx5905  <br><br>**Citibank Usa - Home Depot**<br>**Attn Bankruptcy**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | | J | Opened 10/01/98 Last Active 12/07/10<br>Comsumer Credit Card | | | | 9,143.00 |
| Account No. xxx-xxxx-00-06  <br><br>**City of Harvey**<br>**PO Box 2600**<br>**Harvey, IL 60426** | | J | Oct 2011<br>Utility Services<br>15013 Seeley Ave, Harvey IL | | | | 132.63 |

Sheet no. __3___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,931.63

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey Mark Kuntz,**
         **Kara S Moll**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx0000** | | J | | 2011 Utility Services 16342 Marshfield Markham IL | | | | |
| **City of Markham** **16313 S. Kedzie Parkway** **Markham, IL 60428** | | | | | | | | 2,585.42 |
| Account No. **xxxxx xxxx #x0219** | | J | | Unknown Utility Services | | | | |
| **City Water International** **A 834 Caledonia Road** **Toronto, Ontario M6B 3X9** | | | | | | | | 500.00 |
| Account No. **xxx7500** | | J | | Unknown Collections | | | | |
| **Corporation Service Company** **2711 Centerville Road #400** **Wilmington, DE 19808** | | | | | | | | 276.00 |
| Account No. **xxx05-C2** | | J | | 2009 Association Fees for Office Space | | | | |
| **Distinctive Office Park Assoc** **c/o Schrank and Associates** **PO Box 186** **Orland Park, IL 60462** | | | | | | | | 3,394.00 |
| Account No. **xxxxxx8725** | | J | | Unknown Second Mortgage for 228 Allegheny St, Park Forest IL 60466 | | | | |
| **EMC** **PO Box 293150** **Lewisville, TX 75029** | | | | | | | | 26,000.00 |

Sheet no. __4__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,755.42

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey Mark Kuntz,**
  **Kara S Moll**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4152** <br><br> **Fed Loan Serv** <br> **Po Box 69184** <br> **Harrisburg, PA 17106** | | H | **Opened 10/01/10  Last Active 10/31/11** <br> **Educational - Student Loan** | | | | **32,356.00** |
| Account No. **xxxxxxxxx0405** <br><br> **Fieldstone Mortgage Co** <br> **11000 Broken Land Pkwy Ste 600** <br> **Columbia, MD 21044** | | H | **Opened  4/01/05  Last Active  6/10/05** <br> **ConventionalRealEstateMortgage** | | | | **Unknown** |
| Account No. **xxxxxxxxx0405** <br><br> **Fieldstone Mortgage Co** <br> **11000 Broken Land Pkwy Ste 600** <br> **Columbia, MD 21044** | | H | **Opened  4/01/05  Last Active  6/10/05** <br> **ConventionalRealEstateMortgage** | | | | **Unknown** |
| Account No. **xxxxxxxxx0405** <br><br> **Fieldstone Mortgage Co** <br> **11000 Broken Land Pkwy Ste 600** <br> **Columbia, MD 21044** | | H | **Opened  4/01/05  Last Active  4/01/05** <br> **ConventionalRealEstateMortgage** | | | | **Unknown** |
| Account No. **Unknown** <br><br> **First Community Bank and Trust** <br> **1111 Dixie Hwy** <br> **PO Box 457** <br> **Beecher, IL 60401** | | J | **June 2011** <br> **Loan Fees and Trust Fees** | | | | **850.00** |

| | | |
|---|---|---|
| Sheet no. __5___ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **33,206.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey Mark Kuntz,**
        **Kara S Moll**
                                                                                Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2011 Line of Credit | | | | |
| **First Community Bank and Trust** **1111 Dixie Hwy** **PO Box 457** **Beecher, IL 60401** | | J | | | | | | | |
| | | | | | | | | | 7,500.00 |
| Account No. **2009** | | | | | June 2009 - Feb 2010 Attorney Fees for Closed Business | | | | |
| **Griffin and Gallagher** **10001 S. Roberts Rd** **Palos Hills, IL 60465** | | J | | | | | | | |
| | | | | | | | | | 167.50 |
| Account No. **xxxxxxx1301** | | | | | Opened 10/01/00  Last Active  2/28/11 ChargeAccount | | | | |
| **Hsbc/Neiman Marcus** **Hsbc Card Services/Attn: Bankruptcy** **Po Box 5895** **Carol Stream, IL 60197** | | J | | | | | | | |
| | | | | | | | | | 2,894.00 |
| Account No. **xxxx1147** | | | | | Sept 2009 Medical | | | | |
| **Ingalls Mermorial Hosp** **PO Box 5995** **Peoria, IL 61601-5995** | | J | | | | | | | |
| | | | | | | | | | 970.00 |
| Account No. **xxxxx.xx247x** | | | | | Mar-Sept 2008 Consumables | | | | |
| **Iron Mountain** **PO Box 27128** **New York, NY 10087-7128** | | J | | | | | | | |
| | | | | | | | | | 284.24 |

Sheet no. __6___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,815.74

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey Mark Kuntz,**
        **Kara S Moll**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2998**<br><br>**Lender Business Process Services**<br>**14523 SW Millikan Way**<br>**Suite 200**<br>**Beaverton, OR 97005** | | J | **2008**<br>**Mortgage for 18622 Lexington Ave,**<br>**Homewood, IL 60430** | | | | 100,500.00 |
| Account No. **xxx2952**<br><br>**Lender Business Process Services**<br>**14523 SW Millikan Way**<br>**Suite 200**<br>**Beaverton, OR 97005** | | J | **Mortgage for 18626 Golfview Ave, Homewood,**<br>**IL** | | | | 125,000.00 |
| Account No. **xxxxxxxxxxxxx0559**<br><br>**Med Busi Bur**<br>**1460 Renaissance D**<br>**Park Ridge, IL 60068** | | J | **Med1 02 Capitol Emergency Associates** | | | | 630.00 |
| Account No. **Unknown**<br><br>**National Tax Verification**<br>**1700 N. Dixie Hwy**<br>**Suite 151**<br>**Boca Raton, FL 33432** | | J | **2007** | | | | 99.00 |
| Account No. **xxxxx3160**<br><br>**Nicor Gas**<br>**Attention:  Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** | | H | **Opened  2/25/11  Last Active 12/17/10**<br>**Agriculture** | | | | 760.00 |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

226,989.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey Mark Kuntz,**
         **Kara S Moll**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx1490** <br><br> **Nicor Gas** <br> **Attention:  Bankruptcy Department** <br> **Po Box 190** <br> **Aurora, IL 60507** | | H | | Opened  6/22/10  Last Active 12/17/10 <br> Agriculture | | | | 335.00 |
| Account No. **xxxxx2782** <br><br> **Nicor Gas** <br> **Attention:  Bankruptcy Department** <br> **Po Box 190** <br> **Aurora, IL 60507** | | H | | Opened  7/19/02  Last Active 10/27/11 <br> Agriculture | | | | 45.00 |
| Account No. **xxxxxx3713** <br><br> **Nicor Gas** <br> **Attention:  Bankruptcy Department** <br> **Po Box 190** <br> **Aurora, IL 60507** | | J | | Unknown <br> Utility Services | | | | 824.53 |
| Account No. **xxxxxxx0352** <br><br> **Nicor Gas** <br> **Attention:  Bankruptcy Department** <br> **Po Box 190** <br> **Aurora, IL 60507** | | J | | Unknown <br> Utility Services | | | | 367.56 |
| Account No. **xxxxxx3776** <br><br> **Nicor Gas** <br> **Attention:  Bankruptcy Department** <br> **Po Box 190** <br> **Aurora, IL 60507** | | J | | Dec 2011 <br> Utility Services | | | | 25.00 |

Sheet no. __8___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,597.09**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey Mark Kuntz,**
      **Kara S Moll**
                                                      Case No. _____

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx6648<br><br>**Nordstrom FSB**<br>**Recovery/ Bankruptcy Department**<br>**Po Box 6555**<br>**Englewood, CO 80155** | | J | **Opened 1/01/93 Last Active 2/24/11**<br>**Comsumer Credit Card** | | | | 3,163.00 |
| Account No. xxxx xxxx-4426<br><br>**Paychex**<br>**1000 East Warrenville Rd**<br>**Suite 200**<br>**Naperville, IL 60563** | | J | **Feb 2009**<br>**Consumables** | | | | 200.00 |
| Account No. xxxxxxxx865M<br><br>**Pitney Bowes Inc**<br>**1 Elmcroft Road**<br>**Stamford, CT 06926-0700** | | J | **Unknown**<br>**Comsumables** | | | | 380.29 |
| Account No. xxxxxxxx8884<br><br>**QBE Insurance Corp**<br>**88 Pine Street 16th Floor**<br>**New York, NY 10005** | | J | **Dec 2011**<br>**Forced Place Insurance for Investment Property located at 27 E. Rocket Cir Park Forest IL** | | | | 1,175.23 |
| Account No. xx9397<br><br>**Richard Shapiro**<br>**1327 Chicago Ave**<br>**Evanston, IL 60201** | | J | **2009**<br>**Legal Services** | | | | 230.00 |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
             (Total of this page)          **5,148.52**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey Mark Kuntz,**
     **Kara S Moll**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx0210** <br><br> **Rnb-fields3/Macy's** <br> **Macy's Bankruptcy Department** <br> **Po Box 8053** <br> **Mason, OH 45040** | | H | | **Opened  9/01/86 Last Active  6/01/04** <br> **ChargeAccount** | | | | **Unknown** |
| Account No. **9157** <br><br> **Seahorse Water Conditioning** <br> **PO Box 12** <br> **Mokena, IL 60448** | | J | | **Aug 2010** <br> **Utility Services** | | | | **750.00** |
| Account No. **Unknown** <br><br> **Security Networks** <br> **3223 Commerce Place #101** <br> **West Palm Beach, FL 33407** | | J | | **Unknown** <br> **Security System for 3109 W. 224th Place Sauk Village** | | | | **Unknown** |
| Account No. **xxx2952** <br><br> **Seterus** <br> **14523 Sw Millikan Way St** <br> **Beaverton, OR 97005** | | H | | **Opened  2/01/07** <br> **Mortgage for foreclosed property located at 18626 Golfview, Homewood IL** | | | | **110,000.00** |
| Account No. **xxx2998** <br><br> **Seterus Inc** <br> **14523 Sw Millikan Way St** <br> **Beaverton, OR 97005** | | H | | **Opened  2/01/07 Last Active  8/24/11** <br> **Mortgage for foreclosed property located at 18622 Lexington, Homewood, IL** | | | | **120,574.00** |

Sheet no. __**10**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**231,324.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey Mark Kuntz,**
       **Kara S Moll**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-001M** <br><br> **Sosin and Arnold** <br> **11800 S. 75th Ave** <br> **Suite 300** <br> **Palos Heights, IL 60463** | | J | June 2010 <br> Legal Services | | | | 145.00 |
| Account No. **xxxxx4719** <br><br> **South Austin Hosp** <br> **6000 Northwest Parkway** <br> **Suite 124** <br> **San Antonio, TX 78249** | | J | Dec 2009 <br> Medical | | | | 4,500.00 |
| Account No. **xxxx-xx84-01** <br><br> **State Farm** <br> **PO Box 2329** <br> **Bloomington, IL 61702-2329** | | J | Sept 2011 <br> Insurance for Investment Properties | | | | 1,988.00 |
| Account No. **xxxx-xx18-01** <br><br> **State Farm** <br> **PO Box 2329** <br> **Bloomington, IL 61702-2329** | | J | Sept 2011 <br> Insurance for Investment Properties | | | | 1,260.00 |
| Account No. **xxxx-xx17-01** <br><br> **State Farm** <br> **PO Box 2329** <br> **Bloomington, IL 61702-2329** | | J | Sept 2011 <br> Insurance for Investment Properties | | | | 1,431.00 |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,324.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey Mark Kuntz,**
     **Kara S Moll**

Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xx07-01** <br><br> **State Farm** <br> **PO Box 2329** <br> **Bloomington, IL 61702-2329** | | J | | **Sept 2011** <br> **Insurance for Investment Properties** | | | | 1,426.00 |
| Account No. **xxxxxx6725** <br><br> **Us Bank** <br> **PO Box 5830** <br> **Portland, OR 97228-5830** | | J | | **Opened  6/01/05  Last Active 11/07/10** <br> **Unsecured Line of Credit** | | | | 49,020.00 |
| Account No. **xx-xxxxxx38-34** <br><br> **US Bank** <br> **SBLC Recovery Dept** <br> **PO Box 4412** <br> **Portland, OR 97208** | | J | | **Dec 2010** <br> **Mortgage for Distinctive Drive** | | | | 90,000.00 |
| Account No. <br><br> **US Bank** <br> **PO Box 21948** <br> **Eagan, MN 55121** | | J | | **Mortgage for 2511 Pomo Court, Sauk Village, IL 60411** | | | | 80,000.00 |
| Account No. **xxxxxx51-WB** <br><br> **Verizon Wireless** <br> **Attn Bankruptcy** <br> **P.O. Box 3397** <br> **Bloomington, IL 61702** | | J | | **July 2010** <br> **Utility Services** | | | | 1,089.11 |

Sheet no. \_**12**\_ of \_**15**\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**221,535.11**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey Mark Kuntz,**
        **Kara S Moll**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx0002** | | | | 2011 Utility Services | | | | |
| **Village of Hazel Crest 3000 W. 170th Place Hazel Crest, IL 60429** | | J | | | | | | 207.10 |
| Account No. **Unknown** | | | | 2011 City Violations for 18622 Lexington Homewood, IL 60430 | | | | |
| **Village of Homewood 17950 S Dixie Hwy Homewood, IL 60430** | | J | | | | | | 750.00 |
| Account No. **Unknown** | | | | Feb 2011 Utility Services for 18626 Golfview Ave, Homewood | | | | |
| **Village of Homewood 17950 S Dixie Hwy Homewood, IL 60430** | | J | | | | | | 3,000.00 |
| Account No. **xxxx/1482** | | | | Nov 2010 Utility Services | | | | |
| **Village of Orland Park 14700 S. Ravinia Ave Orland Park, IL 60462** | | J | | | | | | 413.72 |
| Account No. **xxxxxxx0003** | | | | June 2011 Utility Services 4 E Rocket Park Forest IL | | | | |
| **Village of Park Forest Water Dept 350 Victory Park Forest, IL 60466** | | J | | | | | | 20.54 |

Sheet no. __**13**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,391.36

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey Mark Kuntz,**
        **Kara S Moll**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx0006**<br><br>**Village of Park Forest**<br>**Water Dept**<br>**350 Victory**<br>**Park Forest, IL 60466** | | J | | Oct 2011<br>**Utility Services**<br>**137 Sauk Trail Park Forest** | | | | 244.15 |
| Account No. **xxxxxxx0006**<br><br>**Village of Park Forest**<br>**Water Dept**<br>**350 Victory**<br>**Park Forest, IL 60466** | | J | | Ot 2011<br>**Utility Services**<br>**9 E. Rocket, Park Forest IL** | | | | 265.81 |
| Account No. **xxxxxx xo 518**<br><br>**Village of Univeristy Park**<br>**650 Burnham Drive**<br>**Univeristy Park, IL 60466** | | J | | May 2011<br>**Village Code Enforcement Fine**<br>**1027 Samson, University Park** | | | | 500.00 |
| Account No. **xxxxxx xo 517**<br><br>**Village of Univeristy Park**<br>**650 Burnham Drive**<br>**Univeristy Park, IL 60466** | | J | | May 2011<br>**Village Code Enforcement Fine**<br>**1066 Amherst, University Park** | | | | 500.00 |
| Account No. **xxxxxx xo 516**<br><br>**Village of Univeristy Park**<br>**650 Burnham Drive**<br>**Univeristy Park, IL 60466** | | J | | May 2011<br>**Village Code Enforcement Fine**<br>**527 Nathan, University Park** | | | | 500.00 |

Sheet no. **14** of **15** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) ........ **2,009.96**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey Mark Kuntz,**
      **Kara S Moll**

Case No. _____

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xo 515**<br><br>**Village of Univeristy Park**<br>**650 Burnham Drive**<br>**Univeristy Park, IL 60466** | | J | **May 2011**<br>**Village Code Enforcement Fine**<br>**1120 Amherst, University Park** | | | | 500.00 |
| Account No. **xxxxxx xo 514**<br><br>**Village of Univeristy Park**<br>**650 Burnham Drive**<br>**Univeristy Park, IL 60466** | | J | **May 2011**<br>**Village Code Enforcement Fine**<br>**522 Nathan, University Park** | | | | 500.00 |
| Account No. **Unknown**<br><br>**Village of Univeristy Park**<br>**650 Burnham Drive**<br>**Univeristy Park, IL 60466** | | J | **May 2011**<br>**Village Code Enforcement Fine**<br>**807 Union, University Park** | | | | 500.00 |
| Account No. **Unknown**<br><br>**Village of Univeristy Park**<br>**650 Burnham Drive**<br>**Univeristy Park, IL 60466** | | J | **May 2011**<br>**Village Code Enforcement Fine**<br>**610 Sandra, University Park** | | | | 500.00 |
| Account No. | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,000.00**

Total
(Report on Summary of Schedules)    **1,373,163.28**

B6G (Official Form 6G) (12/07)

In re    **Jeffrey Mark Kuntz,**
        **Kara S Moll**
                                          Case No. _____

                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Toyota Motor Credit**<br>**Toyota Financial Services**<br>**Po Box 8026**<br>**Cedar Rapids, IA 52408** | **Vehicle Lease for 2010 Toyota Rav 4**<br>**Lease Term Ends Oct 2012** |
| **Toyota Motor Credit**<br>**Toyota Financial Services**<br>**Po Box 8026**<br>**Cedar Rapids, IA 52408** | **Vehicle Lease for 2010 Toyota Prius**<br>**Lease Term Ends Sept 2013** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re   **Jeffrey Mark Kuntz,**                                            Case No. _____
        **Kara S Moll**
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Jeffrey Mark Kuntz**
**Kara S Moll**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** | AGE(S): **20** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Mortgage Broker** | **Realtor** |
| Name of Employer | **First Advantage Mortgage** | **Kara Moll Realty** |
| How long employed | **4 months** | **8 years** |
| Address of Employer | **701 E. 22nd Street, Suite 125 Lombard, IL 60148** | **16123 S. LaGrange Rd Orland Park, IL 60462** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 3,250.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 3,250.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 260.00 | $ | 0.00 |
| b. Insurance | $ | 823.33 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,083.33 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,166.67 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 5,600.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 5,600.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,166.67 | $ | 5,600.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 7,766.67 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor is a mortgage loan officer. His income is derived from commissions for the loans he closes. Co Debtor is a real estate agent. Her income is derived from commissions for the real estate transactions she closes. Both incomes vary from month to month.**

B6J (Official Form 6J) (12/07)

In re **Jeffrey Mark Kuntz**
**Kara S Moll**
_____   Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,160.00 |
| a. Are real estate taxes included?   Yes **X**   No ___ | | |
| b. Is property insurance included?   Yes **X**   No ___ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 200.00 |
| b. Water and sewer | $ | 35.00 |
| c. Telephone | $ | 0.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 484.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 25.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 25.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 494.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 200.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 856.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 3,200.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,729.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 7,766.67 |
| b.   Average monthly expenses from Line 18 above | $ | 9,729.00 |
| c.   Monthly net income (a. minus b.) | $ | -1,962.33 |

**B6J (Official Form 6J) (12/07)**

In re    **Jeffrey Mark Kuntz**
     **Kara S Moll** _____    Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Internet | $ | 54.00 |
| Cable | $ | 195.00 |
| Cellular Service for 3 | $ | 235.00 |
| **Total Other Utility Expenditures** | $ | **484.00** |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jeffrey Mark Kuntz**
     **Kara S Moll**

Case No. _____

Chapter    **7**

Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **40**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 1, 2012**       Signature   **/s/ Jeffrey Mark Kuntz**

                                              **Jeffrey Mark Kuntz**
                                              Debtor

Date   **February 1, 2012**       Signature   **/s/ Kara S Moll**

                                              **Kara S Moll**
                                              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jeffrey Mark Kuntz**
      **Kara S Moll**                                       Case No.
                                         Debtor(s)                Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-15,759.00 | 2010: Both Markara LLC |
| $-10,000.00 | 2011: Both Business Income |
| $-1,100.00 | 2012 YTD: Both Markara LLC |
| $32,470.00 | 2010: Husband Employment Income |
| $43,200.00 | 2011: Husband Employment Income |
| $3,000.00 | 2012 YTD: Husband Employment Income |
| $13,149.00 | 2010: Wife Kara Moll Realty |
| $29,188.00 | 2011: Wife Kara Moll Realty |
| $-7,200.00 | 2012 YTD: Wife Kara Moll Realty |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chase v. J Mark Kuntz 2010-CH-42130** | **Foreclosure** | **Cook County IL Chancery Court** | **Judgment** |
| **US Bank v. Jeffrey Mark Kuntz 2010-CH-45894** | **Foreclosure** | **Cook County IL Chancery Court** | **Judgment** |
| **Chase v. J. Mark Kuntz 2010-CH-46253** | **Foreclosure** | **Cook County IL Chancery Court** | **Judgment** |
| **Bank of New York 2010-CH-48974** | **Foreclosure** | **Cook County IL Chancery Court** | **Judgment** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bank of America v. J. Mark Kuntz 2010-CH-51990** | **Foreclosure** | **Cook County IL Chancery Court** | **Judgment** |
| **Federal National Mtg v. J Mark Kuntz, Kara Moll 2010-CH-52148** | **Foreclosure** | **Cook County IL Chancery Court** | **Judgment** |
| **Federal National Mtg v. Jeffrey Kuntz, Kara Moll 2010-CH-52125** | **Foreclosure** | **Cook County IL Chancary Court** | **Judgment** |
| **Bank of America v. J Mark Kuntz 2010-CH-52592** | **Foreclosure** | **Cook County IL Chancery Court** | **Judgment** |
| **CHASE BANK USA, N.A. vs. MOLL KARA S 2011 AR 000704** | **Collection** | **Will County IL** | **Judgment** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **American Service Co PO Box 10388 Des Moines, IA 50306** | **Nov 2011** | **First Mortgage for 228 Allegheny, Park Forest IL 60466 Sold in Foreclosure Case 10 CH 48974 $5000** |
| **EMC PO Box 293150 Lewisville, TX 75029** | **Nov 2011** | **Second Mortgage for 228 Allegheny St, Park Forest IL 60466 First Mortgage Foreclosed Sold in Foreclosure Case 10 CH 48974** |
| **US Bank PO Box 21948 Eagan, MN 55121** | **Sept 2011** | **Mortgage for 2511 Pomo Court, Sauk Village, IL 60411 Sold in Foreclosure Case 10 CH 45894 $30,000** |
| **American Home Mtg Srv Ahmsi / Attention: Bankruptcy Po Box 631730 Irving, TX 75063** | **Oct 2011** | **Mortgage for 4 E. Rocket Circle, Park Forest IL Sold in Foreclosure Case 10 CH 42130 $70,000** |
| **Lender Business Process Services 14523 SW Millikan Way Suite 200 Beaverton, OR 97005** | **Nov 2011** | **Mortgage for 18626 Golfview Ave, Homewood, IL Sold in Foreclosure Case 10 CH 52148 $25,000** |
| **Lender Business Process Services 14523 SW Millikan Way Suite 200 Beaverton, OR 97005** | **Oct 2011** | **Mortgage for 18622 Lexington Ave, Homewood, IL 60430 Sold in Foreclosure Case 10 CH 52125 $60,000** |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of America**<br>**Attn: Bankruptcy Department**<br>**475 Cross Point PkwyPO Box 9000**<br>**Getzville, NY 14068-9000** | **Nov 2011** | **Mortgage for 15013 Seeley, Harvey IL 60426.**<br>**Sold in Foreclosure Case 10 CH 51990**<br>**$60,000** |
| **Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | **Dec 2011** | **Mortgage for 16342 Marshfield Ave Markham IL**<br>**60428**<br>**Sold in Foreclosure Case 10 CH 52592**<br>**$17,000** |
| **Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | **Jan 2011** | **Mortgage for 27 E. Rocket, Park Forest. IL**<br>**Sold in Foreclosure Case 10 Ch 46253 for**<br>**$21,200** |

---

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Barbara J. Craig PC**<br>**16335 S. Harlem Ave Suite 400**<br>**Tinley Park, IL 60477** | **Jan 2012** | **$1,500.00** |

### 10.  Other transfers

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Fst Com Bnk**<br>**1111 Dixie Hwy**<br>**Beecher, IL 60401**<br>   **Trustee** | **April 2009** | **Debtors tranfered all properties owned by Markara LLC to First Community Bank as Trustee to hold in trust as security for mulitple mortgages with First Community Bank.** |
| **Charmaine Mecado**<br>**11305 Distinctive Drive**<br>**Orland Park, IL 60462**<br>   **Buyer-Seller** | **November 12, 2010** | **Debtor short sold his business property utilized by Quest Mortgage for $142,900. The sale was approved by US Bank the loan holder. Debtor received no money from the sale of this transaction. There remains $90,000 owed to US Bank for the mortgage as well as $48,000 for a one of credit. Both outstanding balances have been included in this petition.** |

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■   Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■   the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

---

**18 . Nature, location and name of business**

None   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐   ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| Markara Inc | 20-1900676 | 11305 DISTINCTIVE DRIVE Orland Park, IL 60462 | Real Estate Investment | Oct 2004 to Aug 2008 |
| Our Property Management Co. | 26-4497722 | 11305 DISTINCTIVE DRIVE Orland Park, IL 60462 | Property Management | Oct 2008 to March 2011 |
| Markara LLC | 26-2912599 | 11305 DISTINCTIVE DRIVE Orland Park, IL 60462 | Real Estate Investments | Aug 2008 to Feb 2011 |
| Kara Moll Realty Inc. | 20-1900873 | 21761 Cappel Lane Frankfort, IL 60423 | Real Estate Broker | Sept 2004 to Persent |
| Quest Financial | 36-3970522 | 11305 Distinctive Drive Orland Park, IL 60462 | Mortgage Company | 1994 to 2009 |
| Quest Properties | 20-3010557 | 11306 Distinctive Drive Orland Park, IL 60462 | Property Management | 2005 to 2010 |
| Quest Title | 20-4303410 | 11306 Distinctive Drive Orland Park, IL 60462 | Real Estate Title Company | 2006 to 2009 |

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kolodziej, Eisen and Fay LLC**<br>**10061 W. Lincoln Hwy**<br>**Frankfort, IL 60423** | **Tax Services Sept, Oct 2010 and 2011** |

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Mark Kuntz**<br>**21761 Cappel Lane**<br>**Frankfort, IL 60423** | **Member of Markara LLC** | **50%** |
| **Kara Moll**<br>**21761 Cappel Lane**<br>**Frankfort, IL 60423** | **Member of Markara LLC** | **50%** |

None  ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Kara Moll**<br>**21761 Cappel Lane**<br>**Frankfort, IL 60423** | **President** | **Sole Owner 100% of Kara Moll Realty Inc.** |
| **Kara Moll**<br>**21761 Cappel Lane**<br>**Frankfort, IL 60423** | **President** | **Sole Owner 100% of Our Property Management** |

---

**22 . Former partners, officers, directors and shareholders**

None  ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None  ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None  ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None  ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February 1, 2012**          Signature  **/s/ Jeffrey Mark Kuntz**

**Jeffrey Mark Kuntz**
Debtor

Date  **February 1, 2012**          Signature  **/s/ Kara S Moll**

**Kara S Moll**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Jeffrey Mark Kuntz**
**Kara S Moll**

Case No. _____

Chapter **7**

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Townhouse located at 21761 Cappel Lane, Frankfort IL**<br>**3 Bedroom 2.5 bath**<br>**PIN 19-09-28-104-082-0000** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Chrysler Financial/TD Auto Finance** | **Describe Property Securing Debt:**<br>**2008 Jeep Patriot**<br>**VIN 1J8FF28W28D776821**<br>**25000 Miles**<br>**Normal Wear and Tear** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)

Page  2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**First Community Bank and Trust** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>.<br>.<br>.<br>.<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):
   ■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**First Community Bank and Trust** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>.<br>.<br>.<br>.<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):
   ■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**First Community Bank and Trust** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>.<br>.<br>.<br>.<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):
&#9632; Surrendered                     &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                     &#9632; Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**First Community Bank and Trust** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>.<br>.<br>.<br>.<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):
&#9632; Surrendered                     &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                     &#9632; Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>.<br>.<br>.<br>.<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>.<br>.<br>.<br>.<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>**.**<br>**.**<br>**.**<br>**.**<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>**.**<br>**.**<br>**.**<br>**.**<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)

Page  6

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>.<br>.<br>.<br>.<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):

&#9632; Surrendered &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt &#9632; Not claimed as exempt

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>.<br>.<br>.<br>.<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):

&#9632; Surrendered &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt &#9632; Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>.<br>.<br>.<br>.<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):
&#9632; Surrendered      &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt      &#9632; Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>.<br>.<br>.<br>.<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):
&#9632; Surrendered      &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt      &#9632; Not claimed as exempt

B8 (Form 8) (12/08)

Page 8

| Property No. 15 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>**.**<br>**.**<br>**.**<br>**.**<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):

■ Surrendered                     □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                     ■ Not claimed as exempt

| Property No. 16 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>**.**<br>**.**<br>**.**<br>**.**<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):

■ Surrendered                     □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                     ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                           Page 9

| Property No. 17 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>.<br>.<br>.<br>.<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 18 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>.<br>.<br>.<br>.<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 10

| Property No. 19 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>.<br>.<br>.<br>.<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 20 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>.<br>.<br>.<br>.<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 11

| Property No. 21 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>**.**<br>**.**<br>**.**<br>**.**<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):
&#9632; Surrendered                    &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                    &#9632; Not claimed as exempt

| Property No. 22 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>**.**<br>**.**<br>**.**<br>**.**<br><br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):
&#9632; Surrendered                    &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                    &#9632; Not claimed as exempt

B8 (Form 8) (12/08)                                                                                       Page 12

| Property No. 23 | |
|---|---|
| **Creditor's Name:**<br>**Fst Com Bnk** | **Describe Property Securing Debt:**<br>**Marakara LLC -**<br>**Involuntarily Dissoved by IL SOS**<br>**Single Family Investment Properties**<br>**.**<br>**.**<br>**.**<br>**.**<br><br>**1027 Samson, University Park IL**<br>**1066 Amherst, University Park IL**<br>**1120 Amherst, University Park IL**<br>**807 Union, University Park IL** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 24 | |
|---|---|
| **Creditor's Name:**<br>**Marriott Ownership** | **Describe Property Securing Debt:**<br>**Time Share in Sottsdale AZ**<br>**1 bedroom every week at Marriot Resort.** |

Property will be (check one):

☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 25 | |
|---|---|
| **Creditor's Name:**<br>**Toyota Motor Credit** | **Describe Property Securing Debt:**<br>**2010 Toyota Pruis**<br>**JTDKN3DU5A5187071**<br>**35000 Miles**<br>**Normal Wear and Tear** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 26 | |
|---|---|
| **Creditor's Name:**<br>**Toyota Motor Credit** | **Describe Property Securing Debt:**<br>**2010 Toyota Rav 4**<br>**JTMYK4DV6A5026469**<br>**30000 Miles**<br>**Normal Wear and Tear** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 27 | |
|---|---|
| **Creditor's Name:**<br>**Us Bank** | **Describe Property Securing Debt:**<br>**Townhouse located at 21761 Cappel Lane, Frankfort IL**<br>**3 Bedroom 2.5 bath**<br>**PIN 19-09-28-104-082-0000** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Toyota Motor Credit** | **Describe Leased Property:**<br>**Vehicle Lease for 2010 Toyota Rav 4**<br>**Lease Term Ends Oct 2012** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **February  1, 2012**          Signature   **/s/ Jeffrey Mark Kuntz**
                                                  **Jeffrey Mark Kuntz**
                                                  Debtor


Date   **February  1, 2012**          Signature   **/s/ Kara S Moll**
                                                  **Kara S Moll**
                                                  Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jeffrey Mark Kuntz**
**Kara S Moll**

Case No. _____

Debtor(s)

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,500.00 |
| Prior to the filing of this statement I have received | $ | 1,500.00 |
| Balance Due | $ | 0.00 |

2.  $  **306.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February  1, 2012**

**/s/ Barbara Craig**
**Barbara Craig 6281224**
**Law Office of Barbara J. Craig PC**
**16335 S. Harlem Ave Suite 400**
**Tinley Park, IL 60477**
**708-396-2878  Fax: 708-396-2374**
**barbaracraig@usa.net**

---

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jeffrey Mark Kuntz**
      **Kara S Moll**
                             Debtor(s)

Case No.
Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

     I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Jeffrey Mark Kuntz**
**Kara S Moll**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X **/s/ Jeffrey Mark Kuntz**      **February 1, 2012**
    Signature of Debtor             Date

X **/s/ Kara S Moll**      **February 1, 2012**
    Signature of Joint Debtor (if any)     Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jeffrey Mark Kuntz**
**Kara S Moll**
_____   Case No. _____
Debtor(s)   Chapter   **7**   _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   _____   **96**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **February  1, 2012**
_____

**/s/ Jeffrey Mark Kuntz**
_____
**Jeffrey Mark Kuntz**
Signature of Debtor

Date:   **February  1, 2012**
_____

**/s/ Kara S Moll**
_____
**Kara S Moll**
Signature of Debtor

American Home Mtg Srv
Ahmsi / Attention: Bankruptcy
Po Box 631730
Irving, TX 75063


American Home Mtg Srv
10440 Little Patuxent Parkway
Columbia, MD 21044


American Service Co
PO Box 10388
Des Moines, IA 50306


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046


Bank Of America
Po Box 17054
Wilmington, DE 19850


Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy□□PO Box 9000
Getzville, NY 14068-9000


Bank Of America, N.a.
450 American St
Simi Valley, CA 93065


Caine and Weiner
PO Box 5010
Woodland Hills, CA 91365-5010


Calumet Union Drainage District #1
625 E. 170th Street
Suite 1 SW
South Holland, IL 60473


Capital Emergency Assoc
PO Box 96118
Oklahoma City, OK 73143-6118

Chase
PO Box 44118
Jacksonville, FL 32231-4118


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801


Chase
9451 Corbin Avenue
Northridge, CA 91328


Chase
PO Box 182223
Dept OH1-1272
Columbus, OH 43218


Chase Mortgage
Attn Bankruptcy
PO Box 183166
Columbus, OH 43218-3166


Chrysler Credit
Po Box 9218
Farmington Hills, MI 48333


Chrysler Credit
27777 Franklin Rd
Farmington Hills, MI 48334


Chrysler Financial/TD Auto Finance
Attention: Bankruptcy
Po Box 551080
Jacksonville, FL 32255


Chrysler Financial/TD Auto Finance
27777 Franklin Rd
Farmington Hills, MI 48334


Citibank Usa
Po Box 6497
Sioux Falls, SD 57117

Citibank Usa - Home Depot
Attn Bankruptcy
Po Box 20363
Kansas City, MO 64195


City of Harvey
PO Box 2600
Harvey, IL 60426


City of Markham
16313 S. Kedzie Parkway
Markham, IL 60428


City Water International
A 834 Caledonia Road
Toronto, Ontario M6B 3X9


Client Services Inc
3451 Harry S. Truman Blvd
Saint Charles, MO 63301-4047


Codilis and Associates
15W030 North Frontage Rd
Suite 100
Burr Ridge, IL 60527


Codilis and Associates
15W030 North Frontage Rd
Suite 100
Willowbrook, IL 60527


Cook County Treasurer
PO Box 4488
Carol Stream, IL 60197


Corporation Service Company
2711 Centerville Road #400
Wilmington, DE 19808


CST
CST Bldg
PO Box 33127
Louisville, KY 40232-3127

Distinctive Office Park Assoc
c/o Schrank and Associates
PO Box 186
Orland Park, IL 60462


Echelon Recovery Inc
PO Box 1880
Voorhees, NJ 08043


EMC
PO Box 293150
Lewisville, TX 75029


Fed Loan Serv
Po Box 69184
Harrisburg, PA 17106


Fieldstone Mortgage Co
11000 Broken Land Pkwy Ste 600
Columbia, MD 21044


Financial Corp of America
12515 Research Blvd, Bldg 2
SUite 100
Austin, TX 78759


First Community Bank and Trust
1111 Dixie Hwy
PO Box 457
Beecher, IL 60401


First Source
205 Bryant Woods South
Amherst, NY 14228


First Source Advantage
205 Bryant Woods South,
Buffalo, NY 14228


Fst Com Bnk
1111 Dixie Hwy
Beecher, IL 60401

Griffin and Gallagher
10001 S. Roberts Rd
Palos Hills, IL 60465


Harris and Harris
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


HEAVNER SCOTT BEYERS & MIHLAR
PO BOX 740
Decatur, IL 62525


Hsbc/Neiman Marcus
Hsbc Card Services/Attn: Bankruptcy
Po Box 5895
Carol Stream, IL 60197


Hsbc/neimn
Po Box 5253
Carol Stream, IL 60197


Ingalls Mermorial Hosp
PO Box 5995
Peoria, IL 61601-5995


Iron Mountain
PO Box 27128
New York, NY 10087-7128


Jacob Jones MD
2007 Big Canyon Dr
Austin, TX 78746


Keough and Moody PC
1250 East Diehl Rd
Naperville, IL 60563


Law Office of Irz T Nevel LLC
175 North Franklin St
Suite 201
Chicago, IL 60606

Lender Business Process Services
14523 SW Millikan Way
Suite 200
Beaverton, OR 97005


LTD Financial Servies LP
7322 Southwest Frwy
Suite 1600
Houston, TX 77074


Marriott Ownership
1200 Bartow Rd. Suite 14
Lakeland, FL 33801


Marriott Ownership
1200 Hwy 98 South
Lakeland, FL 33801


Med Busi Bur
1460 Renaissance D
Park Ridge, IL 60068


Medical Recovery Specialists Inc
2250 E. Devon, Suite 352
Des Plaines, IL 60018-4519


Monarch Recovery Mgt
10965 Decatur Rd
Philadelphia, PA 19154-3210


Municipal Collection Services
PO Box 327
Palos Heights, IL 60463


National Tax Verification
1700 N. Dixie Hwy
Suite 151
Boca Raton, FL 33432


NCB Management Service Inc
PO Box 1099
Langhorne, PA 19047

Nco Financial Systems
Dept 99
Wilmington, DE 19850-5391


Nicor Gas
Attention:  Bankruptcy Department
Po Box 190
Aurora, IL 60507


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nordstrom FSB
Recovery/ Bankruptcy Department
Po Box 6555
Englewood, CO 80155


Paychex
1000 East Warrenville Rd
Suite 200
Naperville, IL 60563


Pierce and Assoc
1 North Dearborn
Suite 1300
Chicago, IL 60602


Pitney Bowes Inc
1 Elmcroft Road
Stamford, CT 06926-0700


QBE Insurance Corp
88 Pine Street 16th Floor
New York, NY 10005


Richard Shapiro
1327 Chicago Ave
Evanston, IL 60201


RMS
1000 Cir. 75 Parkway
Suite 400
Atlanta, GA 30339

Rnb-fields3/Macy's
Macy's Bankruptcy Department
Po Box 8053
Mason, OH 45040


Rnb-fields3/Macy's
3701 Wayzata Blvd
Minneapolis, MN 55416


Seahorse Water Conditioning
PO Box 12
Mokena, IL 60448


Security Networks
3223 Commerce Place #101
West Palm Beach, FL 33407


Sentry Credit Inc
2809 Grand Ave
Everett, WA 98201


Seterus
14523 Sw Millikan Way St
Beaverton, OR 97005


Seterus Inc
14523 Sw Millikan Way St
Beaverton, OR 97005


Sosin and Arnold
11800 S. 75th Ave
Suite 300
Palos Heights, IL 60463


South Austin Hosp
6000 Northwest Parkway
Suite 124
San Antonio, TX 78249


State Farm
PO Box 2329
Bloomington, IL 61702-2329

Toyota Motor Credit
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408


Toyota Motor Credit
1111 W 22nd St Ste 420
Oak Brook, IL 60523


United Collection Bureau Inc
5620 Southwick Blvd
Suite 206
Toledo, OH 43614


United Recovery System
5800 N. Course Drive
Houston, TX 77072


Us Bank
425 Walnut St
Cincinnati, OH 45202


Us Bank
PO Box 5830
Portland, OR 97228-5830


US Bank
SBLC Recovery Dept
PO Box 4412
Portland, OR 97208


US Bank
PO Box 21948
Eagan, MN 55121


VCS
PO Box 59207
Minneapolis, MN 55459-0207


Verizon Wireless
Attn Bankruptcy
P.O. Box 3397
Bloomington, IL 61702

```
Village of Hazel Crest
3000 W. 170th Place
Hazel Crest, IL 60429


Village of Homewood
17950 S Dixie Hwy
Homewood, IL 60430


Village of Orland Park
14700 S. Ravinia Ave
Orland Park, IL 60462


Village of Park Forest
Water Dept
350 Victory
Park Forest, IL 60466


Village of Univeristy Park
650 Burnham Drive
Univeristy Park, IL 60466


Will County Treasurer
302 N. Chicago Street
Joliet, IL 60432
```